**Petition for Writ of Mandamus Denied and Opinion filed December 4, 2020.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-20-00803-CV**

**IN RE BNSF RAILWAY COMPANY, RANDY TUCKER, AND CHARLES KILGORE, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-77247**

---

## MEMORANDUM OPINION

On Wednesday, December 2, 2020, relators BNSF Railway Company, Randy Tucker, and Charles Kilgore filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable R.K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate an oral ruling made

November 11, 2020, denying their motion for continuance and request for a jury trial, and setting a virtual trial before the bench on December 7, 2020.

With certain exceptions not applicable here, to obtain mandamus relief, a relator must show that the trial court clearly abused its discretion. *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam). The record before this court reflects the trial court offered relators a virtual jury trial but the offer was not accepted. The mandamus only argues that they were denied the right to a jury trial and did not discuss this offer. Because relators have not shown the trial court abused its discretion, the petition for writ of mandamus is denied.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.